UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:23-cr-42 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| CHRISTIAN J. WILLIAMS | ) | Magistrate Judge Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 30] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Three of the three count Indictment; (2) accept Defendant's guilty plea to Counts One and Three of the three count Indictment; (3) adjudicate Defendant guilty of Count One: possession of a mixture and substance containing a detectable amount of fentanyl with intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); (4) adjudicate Defendant guilty of Count Three: possession of a machine gun in violation of 18 U.S.C. § 922(o); and (5) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 30] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts One and Three of the three count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One and Three of the three count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One: possession of a mixture and substance containing a detectable amount of fentanyl with intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);

4. Defendant is hereby **ADJUDGED** guilty of Count Three: possession of a machine gun in violation of 18 U.S.C. § 922(o); and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **June 20, 2024, at 10:00 a.m.**

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**